**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X
MATTHEW SIMPSON,

|                          |                          |
|--------------------------|--------------------------|
| Plaintiff,               | 25 **CIVIL** 07775 (DLC) |
| -against-                | **JUDGMENT**             |

CITY OF NEW YORK, et al.,

Defendants.
---------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated May , 2026, the defendants' March 13, 2026

motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

   May 7, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY:

_____
**Deputy Clerk**